In the Matter of the Claim of NICK GENTILE, Respondent, against MT. MORRIS

CANNING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the award has been made both for a hernia and for a strain to the back and that the strain to the back was caused by a separate and independent accident unrelated to the accident which caused his hernia, and for which injury to his back no claim has been filed. All concur.